**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LILLIAN PIEDRA, | ) |
| Plaintiff, | ) Case No. 2:15-cv-01950-RFB-GWF |
| vs. | ) **ORDER** |
| STATE FARM FIRE & CASUALTY COMPANY, | ) |
| Defendant. | ) |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated October 9, 2015, required the parties to file a Joint Status Report no later than November 11, 2015. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **December 1, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 19th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge