GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JOHN W. KIRK, ESQ.
Nevada Bar No. 4654
RANALLI & ZANIEL, LLC
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
Attorneys for Defendant,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| LILLIAN PIEDRA, | CASE NO.: 2:15-cv-01950- RFB-GWF |
| Plaintiffs, | |
| vs. | |
| STATE FARM FIRE & CASUALTY COMPANY; DOES 1 through 10 and ROES 11 through 20, inclusive | **STIPULATION TO REMAND THE ACTION TO STATE COURT** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, LILLIAN PIEDRA, and Defendant, STATE FARM FIRE AND CASUALTY COMPANY, by and through their undersigned counsel that Plaintiff's claims on file herein be remanded to the Clark County District Court, Case No.: A-15-720873-C, in order to allow the Plaintiff to pursue

///

///

///

///

1

1  her claims in the State court.

2

3  Respectfully submitted,                          Respectfully submitted,
   Dated this 29th day of                           Dated this 2nd day of
   January, 2016                                    Feb. ~~January~~, 2016

4  KUNIN & CARMAN                                   RANALLI & ZANIEL, LLC

5  _____                          _____
   Shoshana Kunin-Leavitt, Esq.                     George M. Ranalli, Esq.
6  State Bar No. 11625                              State Bar No. 5748
   3551 E. Bonanza Road, Suite 110                  John W. Kirk, Esq.
7  Las Vegas, Nevada 89110                          State Bar No. 4654
   (702) 438-8060 Telephone                         2400 West Horizon Ridge Parkway
8  Attorney for Plaintiff                           Henderson, NV 89052
                                                    (702) 477-7774 Telephone
                                                    Attorney for Defendant

9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

2

**ORDER ON STIPULATION TO REMAND MATTER TO STATE COURT**

The Court having considered the parties' stipulation to remand the above noted matter back to State Court, and for good cause appearing,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED:** That Plaintiff's claims on file herein are remanded to the Clark County District Court, Case No.: A-15-720873-C, in order to allow the Plaintiff to pursue her claims in the State court.

DATED this  5th  day of _____February_____, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:
RANALLI & ZANIEL, LLC.

_____
George M. Ranalli, Esq.
State Bar No. 5748
John W. Kirk, Esq.
State Bar No. 4654
2400 West Horizon Ridge Parkway
Henderson, NV 89052
(702) 477-7774 Telephone
Attorney for Defendant

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of RANALLI & ZANIEL, LLC, and that on the __2__ day of __February__, 2016, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**    **STIPULATION TO REMAND THE ACTION TO STATE COURT**

**Person(s) Served:**

        Shoshana Kunin-Leavitt, Esq.
              **KUNIN & CARMAN**
           3551 E. Bonanza Road
                 Suite 110
          Las Vegas, Nevada 89110
       Facsimile No.: (702) 438-8077
          Attorney for Plaintiff

_____
An EMPLOYEE OF RANALLI & ZANIEL, LLC

4